**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-01435-REB-CBS

DAVID LaRIVIERE and LAURA LaRIVIERE, as Guardians and Next Friends of O.L. a minor,

    Plaintiffs,

v.

HOME DEPOT U.S.A., INC.,

    Defendant.

**ORDER**

**Blackburn, J.**

The following motions are before me for consideration: (1) the **Agreed Motion For Appointment of Guardian Ad Litem and Brief in Support Thereof** [#19][1] filed September 14, 2012; and (2) the **Motion For Forthwith Ruling on The Parties' Joint Motion For Appointment of Guardian Ad Litem** [#20] filed October 16, 2012. Both motions seek the appointment of a guardian ad litem to protect the interests of O.L., a minor. However, the parties presumptiously and erroneously assume that the court has at its disposal a guardian ad litem to appoint. Thus, I enter this order to require the parties to identify a guardian ad litem who is qualified and willing to serve.

**THEREFORE, IT IS ORDERED** that by October 24, 2012, the parties shall nominate a guardian ad litem who is qualified and willing to serve on behalf of O.L.

Dated October 17, 2012, at Denver, Colorado.

                                              **BY THE COURT:**

                                              */s/ Robert E. Blackburn*
                                              Robert E. Blackburn
                                              United States District Judge

---

[1] "[#19]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.